

# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2021

No. 04-20-00445-CV

Jimmy and Cherly **WILLIAMS,**
Appellants

v.

**GUADALUPE-BLANCO RIVER AUTHORITY** and its Officers and Directors,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-2054-CV
The Honorable Stephen B. Ables, Judge Presiding

## O R D E R

Appellees' brief is due on January 15, 2021.  *See* TEX. R. APP. P. 38.6(b).  Before the due date, Appellees filed an opposed motion to extend the brief due date to February 4, 2021.

Appellees' motion is GRANTED.  Appellees' brief is due on February 4, 2021. Appellants' reply brief will be due twenty days after Appellees' brief is filed.  *See id.* R. 38.6(c).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of January, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court